IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM DeFORTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs | ) | Civil Action No. 2:13 cv 356-MRH |
| | ) | |
| THE BOROUGH OF WORTHINGTON, et al., | ) | The Honorable Mark R. Hornak |
| | ) | |
| | ) | |
| Defendants | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| | ) | |
| EVAN TOWNSEND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:13 cv 357-MRH |
| Vs | ) | |
| | ) | |
| THE BOROUGH OF WORTHINGTON, et al., | ) | |
| | ) | |
| Defendants | | |

## MOTION TO REACTIVATE ADMINISTRATIVELY CLOSED CASE

**AND NOW COMES THE PLAINTIFFS, WILLIAM DeFORTE AND EVAN TOWNSEND**, by and through their attorneys, Craig H. Alexander and Bruce E. Dice & Associates, P.C. and brings forth this Motion to Reactivate Administratively Closed Case and in support thereof avers as follows:

1. By Order of Court dated June 24, 2014, this Honorable Court stayed the above case pending disposition of criminal charges against Plaintiff DeForte in Armstrong County, and directed that the same shall be marked administratively CLOSED until further Order of this Court.

2. The Armstrong County District Attorney has since thoroughly reviewed the charges and made a motion to the court that all charges be *nolle prossed*.

3.      On August 7, 2015, President Judge Kenneth G. Valasek, upon motion of the District Attorney entered the following order, a copy of which is attached hereto and incorporated herein by reference as Exhibit 1:

> And now, this 7th day of August, 2015, it appearing there is insufficient evidence to sustain the charge, upon motion of Scott J. Andreassi, a Nolle Prosequi is hereby ordered and entered in the above matter.

> By the Court

> Kenneth G. Valasek, J.

4.      As there is no longer any impediment from moving Plaintiffs' claims forward, the matter is ripe to reactivate the matters so that the Plaintiffs' civil rights and other claims can be properly litigated.

WHEREFORE, Plaintiffs DeForte and Townsend respectively request that this Honorable Court reactivate these matters that were marked administratively closed during the pendency of the criminal charges against Plaintiff DeForte.

Respectfully submitted,

_____
Craig H. Alexander, Esquire
Pa. I.D. No. 62938
calexander@dicelaw.com
Attorney for Plaintiffs, William DeForte and Evan Townsend

BRUCE E. DICE & ASSOCIATES, P.C.
787 Pine Valley Drive, Ste E
Pittsburgh, PA 15239-2842
(724) 733-3080

IN THE COURT OF COMMON PLEAS OF ARMSTRONG COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA :     CRIMINAL DIVISION

:

VS                             :

:

William J. Deforte JR         :     NO.: CP-03-CR-0000184-2014

## ORDER OF COURT

And Now, this ___7th___ day of August, 2015, it appearing there is insufficient evidence

to sustain the charge, upon motion of Scott J. Andreassi, a Nolle Prosequi is hereby

ordered to be entered in the above captioned matter.

By the Court

_____
J.

